# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

127888

JANE ELLEN McNAMARA,
        Plaintiff-Appellant,

v

ALBERT OCTAVE HORNER,
        Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127888
COA: 256763
Oakland CC: 96-532736-DO

_____/

       On order of the Court, the application for leave to appeal the January 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. This denial is without prejudice to the parties' right to file a proper motion with the trial court to seek clarification or enforcement of its prior orders.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

_____
Clerk

s1012